THE STATE OF OHIO, APPELLEE, *v.* PORTER, APPELLANT.

[Cite as *State v. Porter,* 124 Ohio St.3d 1237, 2010-Ohio-727.]

(No. 2009–1252—Submitted December 1, 2009—Decided March 4, 2010.)

{¶ 1} The motion for reconsideration is granted to the following extent: The discretionary appeal is accepted on Proposition of Law No. II.

{¶ 2} The judgment of the court of appeals is affirmed on the authority of *State v. Singleton,* 124 Ohio St.3d 173, 2009-Ohio-6434, 920 N.E.2d 958.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., concurs for the reasons stated in her concurring opinion in *State v. Fuller,* 124 Ohio St.3d 543, 2010-Ohio-726.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *State v. Fuller,* 124 Ohio St.3d 543, 2010-Ohio-726.

Judy C. Wolford, Pickaway County Prosecuting Attorney, and Jayme Hartley Fountain, Assistant Prosecuting Attorney, for appellee.

Shaw & Miller and Mark J. Miller, for appellant.